ROOSEVELT COUNTY, MONTANA, a Body Politic and Corporate, et al., v. UNITED STATES of America.

SHERIDAN COUNTY, MONTANA, a Body Politic and Corporate, et al., v. UNITED STATES of America.

VALLEY COUNTY, MONTANA, a Body Politic and Corporate, et al., v. UNITED STATES of America.

Nos. 9367–9369.

Circuit Court of Appeals, Ninth Circuit.

Aug. 15, 1940.

Frank M. Catlin, of Wolf Point, Mont., Arthur C. Erickson, of Plentywood, Mont., and Thomas R. Marron, of Glasgow, Mont., and H. C. Hall and Edw. C. Alexander, both of Great Falls, Mont., for appellants and cross-appellees.

Norman M. Littell, Asst. Atty. Gen., John B. Tansil, U. S. Atty., and R. Lewis Brown, Asst. U. S. Dist. Atty., both of Butte, Mont., and Oscar L. Chapman, Asst. Secretary, Department of the Interior, of Washington, D. C., for appellee and cross-appellant.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties that the Act of June 11, 1940, c. 315, Pub. No. 590, 76th Cong. 3rd Sess., 25 U.S.C.A. § 352c, provides for future payments and acts in these causes to be performed by the Secretary of the Interior, and that the appeals and cross-appeals in these causes may be dismissed, and good cause therefor appearing, ordered appeals and cross-appeals herein dismissed, that a decree be filed and entered in each cause, and that the mandates of this court in these causes issue forthwith.

ROWAN COUNTY, KENTUCKY, Appellant, v. WOODMEN OF THE WORLD, a Fraternal Benefit Corporation, Organized and Existing Under the Laws of Colorado, Appellee.

No. 8335.

Circuit Court of Appeals, Sixth Circuit.

June 27, 1940.

Caldwell & Gray, of Ashland Ky., Richard M. Clay, of Morehead, Ky., Clyde L. Miller, of Louisa, Ky., and J. G. M. Robinson, of Ashland, Ky., for appellant.

Nichols, Wood, Marx & Ginter, of Cincinnati, Ohio, for appellee.

Before HICKS, SIMONS and HAMILTON, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and arguments of counsel, and it appearing to the Court that there is no reversible error upon the record, it is therefore ordered and adjudged that the judgment appealed from be and the same is in all things affirmed.

SECURITIES AND EXCHANGE COMMISSION, Appellant, v. CREDIT SERVICE, Incorporated, a Delaware Corporation, Debtor, Appellee.

No. 4664.

Circuit Court of Appeals, Fourth Circuit.

July 5, 1940.

Edmund Burke, Jr., Robert H. Winn, and Leon S. Alschuler, all of Washington, D. C., for appellant.

Edward L. Ward and Gustav F. Sanderson, both of Baltimore, Md., for appellee.

PER CURIAM.

Cause, D.C., 30 F.Supp. 878, dismissed on stipulation of the parties.